# EXHIBIT A
Instant Pot Nova Plus Owner's Manual

# Instant Pot®
# Nova Plus
## Series



## User Manual

**Instant Pot® Free Recipe App**

• 500+ Free Recipes
• New User Tips
• Getting Started Videos

 

# Welcome to the World of
# Instant P**o**t® Cooking!

Thank you for selecting an Instant Pot® smartcooker! Our vision for Instant Pot® is to provide you with the right tools to enhance your food preparation experience. Our smartcookers are designed to save you time, replace a number of appliances and prepare healthy and tasty meals in a convenient and dependable way.

We partner with chefs, authors, and bloggers to compile a collection of recipes that we hope you enjoy!  As well, for over 500+ additional recipes, videos and more, download the Instant Pot® Recipe App.

Happy Instant Pot® Cooking!

Robert J. Wang
Founder, CEO



# Table of Contents

| | |
|---|---|
| Important Safeguards | 1 - 3 |
| Detachable Cord & Product Specifications | 4 |
| Overview | 5 |
| Control and Features | 6 - 9 |
| Getting Started | 10 - 12 |
| Pressure Cooking | 13 - 15 |
| Non-Pressure Cooking | 16 - 19 |
| Usage Tips | 20 |
| Care and Cleaning | 21 |
| Troubleshooting | 22 - 24 |
| Warranty | 25 - 26 |

# IMPORTANT SAFEGUARDS

When using electrical appliances, basic safety precautions should always be followed, including the following:

1.  READ ALL INSTRUCTIONS.

2.  Do not touch hot surfaces. Only use side handles for carrying or moving.

3.  Do not place the appliance on or in close proximity to a hot gas or electric burner, or a heated oven; heat from an external source will damage the appliance.

4.  Do not use near water or flame. Please keep out of direct sunlight.

5.  ⚠️**CAUTION** : Extreme caution must be used when moving the appliance containing hot liquids. Do not move the appliance when it is under pressure.

6.  Do not use appliance for anything other than intended use.

7.  For household use only. Do not use outdoors. Not for commercial use.

8.  This appliance cooks under pressure. Improper use may result in scalding injury. Make certain the appliance is properly closed before operating. Refer to the "Getting Started" section.

9.  Do not fill the appliance over 2/3 full. When cooking foods that expand during cooking such as rice or dried vegetables, do not fill the appliance over 1/2 full. Over filling may cause a risk of clogging the vent pipe and developing excess pressure. Refer to the "Pressure Cooking" section.

10. Before each use, check the steam release valve/handle, steam release pipe, anti-block shield and float valve for clogging. Refer to the "Getting Started" section.

11. Do not open the appliance until the appliance has depressurized and all internal pressure has been released. If the float valve is still up and/or the lid is difficult to open, this indicates that the appliance is still pressurized – do not force it open. Any pressure in the appliance can be hazardous. Refer to the "Getting Started" section for instructions to safely remove lid.

12. Do not use this appliance for deep frying or pressure frying with oil.

13. Do not lean over or place your hands or face over the steam release valve/handle or float valve when the appliance is in operation or has residual pressure. Do not touch the metal portion of the lid when the appliance is in operation; this could result in injury.



⚠️**WARNING**  Read and save these safety guidelines.
When using pressure cookers, basic safety precautions should always be followed.

1

# IMPORTANT SAFEGUARDS

14.  Do not cover or obstruct the steam release valve/handle and float valve with cloth or other objects. Obstructing the steam release valve/handle and float valve can create a safety issue and may cause injury.

15.  Turn the appliance off if steam escapes from the steam release valve/handle or float valve in a steady stream for longer than 3 minutes. There may be residual pressure in the appliance. Allow the appliance to depressurize naturally or release all excess pressure before opening. Refer to the "Troubleshooting" section.

16.  Turn the appliance off if steam escapes from the sides of the lid and ensure sealing ring is properly installed. Refer to the "Getting Started" section.

17.  ⚠️**CAUTION** : To protect against electrical shock, do not immerse the power cord, plugs, or appliance in water or other liquid.

18.  A short power supply cord (0.6 m to 0.9 m) is provided to reduce the hazards resulting from it being grabbed by children, becoming entangled in, or tripping over a longer cord.

19.  Always attach plug to appliance first, then plug cord into power source. To disconnect, turn appliance OFF, then remove plug from power source.

20.  Unplug from outlet when not in use and before cleaning. Allow to cool before putting on or taking off parts, and before cleaning or storage.

21.  Do not operate any appliance with a damaged cord or plug, or after the appliance malfunctions or has been damaged in any manner. Contact Customer Care.

22.  Do not let power cord hang over edge of table or counter, or touch hot surfaces.

23.  Intended for countertop use only. Keep the appliance on a stable, heat-resistant platform. Do not place on anything that may block the vents on the bottom of the appliance. Do not place on hot stove.

24.  ⚠️**WARNING**: Spilled food can cause serious burns. Keep appliance and cord away from children. Never drape cord over edge of counter, never use outlet below counter, and never use with an extension cord.

25.  When cooking meat with skin (e.g. sausage with casing), the skin can swell when heated. Do not pierce the skin as long as it is swollen; this could result in scalding injury.

2   Read and save these safety guidelines.
When using pressure cookers, basic safety precautions should always be followed.

# IMPORTANT SAFEGUARDS

26. When pressure cooking food with a doughy or thick texture, or a high fat/oil content, contents may splatter when opening the lid. Please follow recipe instructions for pressure release method. Once steam is fully released, gently shake the appliance with extreme caution and then if necessary, release the steam again before removing the lid.

27. Before inserting the inner pot into the appliance, wipe the outer surface of the inner pot and cooking element to confirm they are dry and free of food debris.

28. Do not attempt to repair, replace, or modify components of the appliance, as this may cause electric shock, fire or injury, and will void the warranty.

29. Do not tamper with any of the safety mechanisms.

30. Do not use appliance in electrical systems other than 120V/60Hz for North America. Do not use with power converters or adapters.

31. Close supervision is necessary when the appliance is used near children.

32. This appliance should not be used by children; by individuals whose physical, sensory or mental abilities may prevent safe use of the appliance; or by individuals with limited knowledge of how to use the appliance. Close supervision is needed when using this appliance near these individuals.

33. To reduce the risk of electric shock and pressure leakage, cook only in a removable container authorized by the manufacturer.

34. The use of accessory attachments not recommended by the appliance manufacturer may cause injuries.

# SAVE THESE INSTRUCTIONS

  

When in operation or releasing pressure DO NOT place unprotected skin over the steam release valve.

Do not move cooker when it is in operation

  

Do not cover or obstruct the steam release valve.

Do not force lid open when the float valve is UP. Make sure the float valve is DOWN when you open the lid.

⚠ **WARNING** — Read and save these safety guidelines.
When using pressure cookers, basic safety precautions should always be followed.

3

## Detachable Cord



### Special Cord Set Instructions

As per UL safety requirements, a short power supply cord (0.6 m to 0.9 m) is provided to reduce the hazards resulting from entanglement and tripping.

This appliance has a 3-prong grounding plug. To reduce the risk of electric shock, plug the power cord into a grounded (earthed) electrical outlet that is easily accessible.



**WARNING:** Spilled food can cause serious burns. Keep appliance and cord away from children. Never drape cord over edge of counter, never use power outlet below counter, and never use with an extension cord.

## Product Specifications

| Model | Power Supply | Rated Power | Volume | Inner Pot Dimensions | Product Dimensions | Weight |
|-------|--------------|-------------|--------|----------------------|--------------------|--------|
| Nova Plus 60 | 120V~ 60Hz | 1000 W | 6 quart | 15.7x 23.9 cm 6.2 x 9.4 in. | 34L x 31W x 31.7H cm 13.4 x 12.2 x 12.5 in. | 5.22 kg 11.5 lbs |

4

# Overview



Steam release handle
Float valve
Lid handle
Lid
Lid position marker
Lid fin



Cooker handle
Outer pot
Heating element
Control panel
Cooker base

# Anti-block Shield 



**To install:**
Position the anti-block shield in place and push down

**To remove:**
Using your thumb, push the side of the anti-block shield towards the lid rim and lift up with some effort. The anti-block shield should pop out

5

# Control and Features

**ONE TOUCH CONTROLS**
Perfect cooking results with built-in automatic programs

## Control Panel for the Nova Plus

The control panel of your Instant Pot® Nova Plus consists of a LCD display, cooking program keys, operation keys, +/- keys to adjust time, a Keep Warm key and a Cancel key.



Cooking program keys

Mode indicators

Pressure indicators

+/- keys to adjust time

Time display

LCD display

Instant Pot® is a programmed smartcooker that has preset cooking times for different food ingredients and cooking methods. It also remembers your most recent settings per cooking program for a more personalized cooking experience.

To return to the factory default settings, press Cancel to return the cooker to standby mode displaying OFF.
1) For individual cooking programs reset, press and hold the cooking program key until the cooker beeps, or
2) For global reset, press and hold the Cancel key until the cooker beeps

# Control and Features



**1  Sound ON/OFF**
Press and hold the - key for 3 seconds to turn sound **OFF**.
Press and hold the + key for 3 seconds to turn sound **ON**.

**2**  The **Pressure Level** key toggles between High and Low pressure settings for pressure cooking programs.The **Pressure Level** key has no effect on non-pressure cooking programs: **Slow Cook**, **Sauté** and **Yogurt**.

**3**  The **Delay Start** key sets the delay time before a cooking program starts.

**4  Cooker status icons**
Indicates that cooker is heating and cooking is in progress
Indicates that a pressure cooking program is selected
Indicates keep warm function is ON or OFF after a cooking program is finished
Indicates sound is ON or OFF when cooking starts and finishes. Safety alerts cannot be turned OFF.

**5**  The **Keep Warm** key turns the Auto Keep Warm function **ON** and **OFF**.

**6**  The **Cancel** key ends a cooking program at anytime, or resets the cooker to factory default settings by pressing and holding this key until the cooker beeps.

7

# Control and Features



THIS COOKER
IS SMART!
Remembers your
personal preferences

## Cooking Program Options

| Programs | Modes | Suggested Uses | Notes for Users |
|---|---|---|---|
| Soup Broth | Less | Soup without meat. | The soup/broth remains clear due to lack of boiling motion under pressure cooking. |
| | Normal | Soup with meat. | |
| | More | Rich bone broth. | |
| Meat Stew | Less | Soft texture. | Choose different modes based on the meat texture desired. |
| | Normal | Very soft texture. | |
| | More | Fall-off-the bone meat texture. | |
| Bean Chili | Less | Less soft texture. | Choose different modes based on the bean texture desired. |
| | Normal | Soft texture. | |
| | More | Very soft texture. | |
| Poultry | Less | Soft texture. | Choose different modes based on the meat texture desired. |
| | Normal | Very soft texture. | |
| | More | Fall-off-the-bone texture. | |
| Slow Cook | Less | Use as a food warmer or as a longer warm water soaking time. | Non-pressure cooking program. You may also use the Instant Pot® glass lid as an option. |
| | Normal | Corresponds to Low setting in some temperature controlled slow cookers. | |
| | More | Corresponds to High setting in some temperature controlled slow cookers. | |
| Rice | Less | Al dente white rice. | Automated cooking program. LCD displays 'Auto'. The +/- keys will not work in this program. |
| | Normal | Normal texture white rice. | |
| | More | Softer texture white rice. | |
| Multigrain | Less | Wild rice, brown rice, mung beans, etc. | Choose different modes based on the type of grains and the desired texture. |
| | Normal | Wild rice, brown rice, mung beans, etc. | |
| | More | Tough grains or a mixture of grains and beans. | Program includes 45 minutes of warm water soaking time prior to 60 minutes of pressure cooking. |

# Control and Features

## Cooking Program Options

| Programs | Modes | Suggested Uses | Notes for Users |
|---|---|---|---|
| Porridge | Less | Oatmeal. | **DO NOT** use Quick Release as thick liquid will spatter out and block the steam release valve. See page 17. |
| | Normal | White rice porridge/congee. | |
| | More | Rice porridge/congee with various rices and beans. | |
| Steam | Less | Vegetables. | Use the steam rack provided to elevate food above the water. Use Quick Release method to prevent food from overcooking. |
| | Normal | Fish and Seafood. | |
| | More | Meat. | |
| Sauté (Brown) | Less | Simmering, thickening and reducing liquids. | NEVER have the lid on when sautéing. Maximum time is 30 minutes as a safety precaution. |
| | Normal | Pan searing. | |
| | More | Stir-frying or browning meat. | |
| Yogurt | Less | Jiu Niang, a sweet fermented glutinous rice dessert. | Default fermentation time is 24:00 hours. You can adjust time based on your recipe. |
| | Normal | Fermenting milk when making yogurt. | **'Yogt'** will be displayed on the screen when completed. |
| | More | Pasteurizing milk when making yogurt. | '**boiL**' will be displayed on the screen. |
| Pressure Cook | Less | Manual programming of pressure level and cooking time according to your favourite recipes or cooking habits. | Press the **Pressure Level** key to adjust pressure levels and the **+ / -** keys to change cooking time. |
| | Normal | | |
| | More | | |

**Pressure Cooking Programs - Working Pressure**
*Low Pressure: 5.8 - 7.2 psi (40 - 50 kPa); High Pressure: 10.2 - 11.6 psi (70 - 80 kPa)*
*Working Temperature: 115 - 118°C (239 -244°F)*

**Non-Pressure Cooking Programs**
*Keep Warm function: 63 - 78°C (145 ~ 172°F);*
*Slow Cook function: Less mode: 82-87.8°C / 180-190°F; Normal mode: 87.8-93°C / 190-200°F;*
*More mode: 93-99°C / 200-210°F;*
*Sauté function: Less mode: 135 -150°C (275 -302°F); Normal mode: 160 -176°C (320 -349°F);*
*More mode: 175 - 210°C (347 -  410°F)*

9

# Getting Started

1  Read warning cards and warning labels. Remove all packaging materials and removable warning cards from the cooker and accessories.

2  Clean the inner pot, lid and accessories with water and detergent before the first use.

3  Install the condensation collector at the rear of the cooker by aligning the top of the collector with the guides on the cooker and press in.

 

4  Place the steam release handle on the lid.



 The steam release handle does not lock tight into the lid but will fit loosely.

10

# Getting Started

**Before using your Instant Pot®:**

**1** To remove the lid, hold the handle, turn the lid counterclockwise and lift.

  

**2** Remove the inner pot from the cooker.

**3** Add food and liquids to the inner pot as the recipe directs. If required, place the steam rack on the bottom of the inner pot first. Always add at least 18 fl oz / 500 mL of liquid for minimum liquid requirement. See "Usage Tips" on page 20.

**4** Wipe the outside of the inner pot dry. Make sure there is no food debris on the bottom side of the inner pot nor on the cooking element.

**5** Put the inner pot back into the cooker. Rotate slightly to ensure that it is seated correctly.

**6** Make sure the sealing ring rack is completely set in the groove on the inside of the sealing ring. Ensure there is no deformation on the sealing ring rack. Do not attempt to repair a deformed ring rack. Please contact the customer care team.

**7** To place lid, reverse Step 1. Place the lid on the cooker, align the ▼ mark on the lid with the 🔓▲ **(unlock)** mark and turn clockwise to the ▲🔒 **(lock)** mark.

11

# Getting Started

 • Make sure the steam release valve, float valve and anti-block shield are clean and free of debris.
• After putting the lid on, make sure the float valve on lid top drops down.
• Do not put the lid on for the **Sauté** program.





**Initial Test Run**   **~20 MINS.**

To familiarize yourself with the Instant Pot® and check if the cooker is working properly:

① Add 3 measuring cups of water into the inner pot (~19 fl oz / 540 mL).

② Close the lid. Turn the steam release handle to **Sealing** position.

③ Press the **Steam** button and press the **+ / -** keys to adjust time to 10 minutes.

The preheating cycle will start **after 10 seconds** and the cooker will display **On**. Traces of steam will release until the float valve pops up. The **Steam** program will begin when working pressure is reached. After the cooking cycle has completed, the cooker will beep and switch to **Keep Warm** mode if the **Auto Keep Warm** function is **ON**.

# Pressure Cooking

The following are all pressure cooking programs: **Soup/Broth, Meat/Stew, Bean/Chili, Poultry, Rice, Multigrain, Porridge, Steam, and Pressure Cook.**

## ⚠️WARNING

• Do not fill the inner pot more than 2/3 full. For food that expands during cooking such as rice or dried vegetables, do not fill the inner pot more than 1/2 full.

• After the cooking process has started, you can press **Cancel** at any time to end the program. The cooker then goes to standby mode.

1  Follow the steps in "Getting Started" pages 10 - 12.

2  Position the steam release handle to **Sealing**.



3  Connect the power cord. The LCD displays **OFF**, indicating that the cooker is in standby mode.



4  Select a pressure cooking program: **Soup/Broth, Meat/Stew, Bean/Chili, Poultry, Rice, Multigrain, Porridge, Steam, or Pressure Cook.**

13

# Pressure Cooking

5 Optionally, personalize pressure cooking programs as follows:

| To do this .... | Press this button... | Followed by these steps... |
|---|---|---|
| Change the cooking time | **Cooking Program Key** | Select between three preset cooking times, **Less, Normal** and **More** by pressing the cooking program key repeatedly |
| | **+ / -** | Add/subtract time; press and hold for faster changes *(except for the Rice Cooking Program)* |
| Change the cooking pressure | **Pressure Level** | Select either **High** or **Low** |
| Set the delayed cooking time | **Delay Start** | 1. Use the **+ / -** buttons to set the hours<br>2. Press **Delay Start** again<br>3. Use the **+ / -** buttons to set the minutes |

6 10 seconds after choosing the settings, the cooker beeps 3 times and displays **On** to indicate that the cooker has entered preheating cycle. If using **Delay Start**, the **Delay Start** light indicator will light up and 10 seconds after selecting this program, the delayed cooking time count down will begin. When count down is finished, the cooker will display **On** for the preheating cycle. Depending on the amount of food and its temperature, the preheating cycle can last from a few minutes to 40 minutes or more . As the cooker heats up and pressure builds, the float valve rises. When working pressure is reached, the cooker enters the pressure cooking cycle and displays the remaining cooking time.

When the cooking cycle has finished, the cooker beeps and enters the **Keep Warm** mode if the **Auto Keep Warm** function is turned **ON**. The LCD displays the elapsed time (such as **00:02**). If **Cancel** is not pressed, the cooker will turn **OFF** after 10 hours.



\*\*Users can switch Auto Keep Warm ON/OFF, adjust pressure level and cooking time at any time during the cooking process.

14

# Pressure Cooking

**7** Release the pressure using one of the following methods (refer to recipe):

**Natural Release:** Allow the cooker to cool down naturally until the float valve drops down. This may take 10 to 40 minutes, or even more, depending on the amount of food in the cooker. Place a wet towel on the metal part of the lid to speed up cooling (do not cover the steam release).

**Quick Release:** Turn the steam release handle to the **Venting** position to let steam out until the float valve drops down. Never pull out the steam release handle while releasing steam, as escaping steam is extremely hot and can cause scalding. When cooking food with large liquid volume or starch content, immediately turn the steam release handle back to the Sealing position at the first sign of spattering.

## ⚠️WARNING

Quick Release should **ALWAYS** be closely attended.



Do not place hand over
steam release valve



Do not lean face over
cooker when it is in operation or
releasing steam/pressure

**8** Press **Cancel**. The LCD displays **OFF**, indicating that the cooker is in standby mode. Open the lid. **Make sure the float valve is down before opening the lid.**

15

# Non-Pressure Cooking

The following are all non-pressure cooking programs: **Sauté, Slow Cook, Yogurt** and **Keep Warm.**

### Sauté

Connect the power cord. The LCD displays **OFF**, indicating that the cooker is on standby.

1. Select the **Sauté** program.

2. To change the cooking temperature, press **Sauté** key repeatedly to toggle between **Less** (for simmering or thickening sauce), **Normal** (for regular browning), and **More** (for stir-frying or blackening meat).

3. 10 seconds after choosing the settings, the cooking process will start. The cooker will beep 3 times and the LCD displays **On** to indicate that the cooker has entered the preheating cycle. When the working temperature is reached, the LCD displays **Hot**.



4. Add food to the inner pot and sauté.

5. When you have finished sautéing the food, press **Cancel**. The LCD displays **OFF**, indicating that the cooker is in standby mode.

## ⚠️WARNING

• Do not use the pressure cooker lid during **Sauté** program. The display will read ⊟⊟ ⊟⊟ (the "Lid" error code) to prompt you to remove the lid. A glass lid with a venting hole may be used in substitution.

• As a safety precaution, the cooker automatically enters standby mode after 30 minutes if you have not pressed **Cancel**.

# Non-Pressure Cooking

## Slow Cook

1. You may use the Instant Pot® glass lid as an option. If using the pressure cooking lid, make sure the steam release handle is turned to **Venting**.



2. Connect the power cord. The LCD displays **OFF**, indicating that the cooker is on standby.

3. Select the **Slow Cook** program.

4. Optionally, modify the slow cooking program as follows:

| To do this .... | Press this button... | Followed by these steps... |
| --- | --- | --- |
| Change the cooking time | **+ / -** | Add / subtract time |
| Change the cooking temperature | **Cooking Program Key** | Select between three preset cooking temperatures, **Less, Normal** and **More** by pressing the cooking program key repeatedly |
| Set the delayed cooking time | **Delay Start** | 1. Use the **+ / -** buttons to set the hours<br>2. Press **Delay Start** again<br>3. Use the **+ / -** buttons to set the minutes |

10 seconds after choosing the settings, the cooking program will start. The cooker will beep 3 times and the cooker will enter the cooking cycle. The LCD will display the remaining cooking time. If using **Delay Start**, the **Delay Start** light indicator will light up and 10 seconds after selecting this program, the delayed cooking time count down will begin.
When count down is finished, the cooking time begins.

# Non-Pressure Cooking

5   When the cooking cycle has finished, the cooker will beep and enter the **Keep Warm** mode if the **Keep Warm** program is turned **ON**. The LCD will display the elapsed time (such as **00:02**). If **Cancel** is not pressed, the cooker will turn **OFF** after 10 hours.

6   If the lid is on, remove it by turning counterclockwise and lifting.

7   Press **Cancel**. The LCD displays **OFF**, indicating that the cooker is in standby mode.

## Yogurt

1   **Pasteurize Milk**

a) Add milk to the inner pot.
b) Select the **Yogurt** program.
c) Press the **Yogurt** key repeatedly to select the **More** mode.
   10 seconds after choosing the settings, the heating process will begin.
   The cooker will beep 3 times and the LCD will display **boiL**.



d) When finished, the cooker will beep and the LCD will display **Yogt**.

If making yogurt in smaller containers: add 1 cup/250 ml of water to the inner pot, place the steam rack in the inner pot and put the containers on top of the steam rack, close the lid, select the **Steam** program and use the **+ / -** buttons to set time to 2 minutes. Make sure the steam release handle is in **Sealing** position when running the **Steam** program as this is a pressure cooking program.  When complete, use the natural release method (page 17) and continue with steps 2 to 4.

\*The advantages of pasteurizing milk are to 1) kill pathogens and harmful bacteria, and 2) denature milk proteins for easier absorption by the body.

# Non-Pressure Cooking

**2** Cool Milk

a) Remove the inner pot and place it on a wire rack.
b) Allow the milk to cool to 115°F/46°C. Test the milk temperature with a thermometer.

**3** Add Starter Culture
a) Add starter culture to the warm milk in the inner pot.
b) Replace the inner pot and close the lid.

The steam release handle can be left in **Venting** or **Sealing** position.

**4** Ferment Yogurt

a) Select the **Yogurt** program and adjust to **Normal** mode.
b) Press **+ / -** to set the fermentation time. Although the default fermentation time is 08:00 (8 hours), you can increase the cooking time up to 24 hours for easier absorption.
c) When finished, the cooker will beep and the LCD will display **Yogt**.



# Usage Tips

## ⚠ WARNING

• Extreme caution should be taken when moving the steam release handle to the **Venting** position. Keep hands and face away from the steam release openings. Failure to comply may result in scalding or serious injury.

• Do not attempt to open the lid until pressure inside the cooker is completely released. As a safety feature, until the float valve drops down the lid is locked and cannot be opened. **Do not force lid open.**

• When opening the lid, the inner pot may adhere to the lid. This is caused by vacuum due to cooling. Make sure the steam release handle is in the **Venting** position and all the steam is released.

• If the float valve is stuck, move the steam release handle to the **Venting** position. Once all the steam is released, push the float valve down with a pen or long utensil.

• Always add at least 18 fl oz. / 500 ml of water or other liquids so enough steam can be generated to cook under pressure. These include cooking sauces, wine, beer, stocks, juices of fruits and vegetables. Oils, oil-based sauces and thick cooking sauces do not have enough water content and will not account for the required liquid volume.

• Time to pressure and cooking time will vary according to the temperature and quantity of the ingredients. Food that is cold or frozen will take longer to cook than food that is at room temperature.

• When using the **Delay Start** program, allow sufficient cooling down time before serving.

• The **Delay Start** program is not recommended for porridge, oatmeal or other foamy and thick liquids. Cooking progresses should be monitored when cooking these foods.

# Care and Cleaning

Unplug your Instant Pot® and let it cool to room temperature before cleaning.

 • **All Instant Pot® inner pots, pressure cooker lids, and accessories are dishwasher safe.**

• Remove the inner pot and lid, and wash with detergent. Rinse with clear water and wipe dry with a soft cloth.

• Wipe the inner cooker base rim and slot with dry cloth to prevent rusting of the exterior cooker rim.

• Remove the sealing ring and anti-block shield from the underside of the lid. Wash with warm, soapy water, rinse with clear water and wipe dry with a soft cloth.

• **The sealing ring must always be properly positioned on the underside of the lid.**

• Clean the outer body with a damp soft cloth or sponge.

• Never use harsh chemical detergents, scouring pads or powders on any of the parts or components.

• Periodically check that the steam release valve and float valve are in good working order and free of debris.

# Troubleshooting

If you experience any problems with the cooker, need technical assistance or product return information, please contact the Instant Pot support team using the methods below:

• Create a support ticket: www.InstantPot.com/support/
• Email: support@instantpot.com
• Call 1-800-828-7280 ext 2 for the customer care team.

You can also find tips, videos and FAQs on www.InstantPot.com/faq/

The issues in the following tables do not always indicate a faulty cooker. Please examine the cooker carefully before contacting the support team.

| Problem | Possible reason | Solution |
|---|---|---|
| Difficulty with closing the lid | Sealing ring not installed properly | Position the sealing ring |
| | Float valve in the popped-up position | Slightly press the float valve downward |
| Difficulty with opening the lid | Pressure inside the cooker | Position the steam release handle to the venting position to release the internal pressure. Open the lid after the pressure is completely released |
| | Float valve stuck at the popped-up position | Ensure steam is completely released by turning steam release handle to Venting position, Press the float valve lightly with a long utensil. Open the lid cautiously and clean the float valve and lid before the next use. |
| Steam leaks from the side of the lid | No sealing ring | Install the sealing ring |
| | Sealing ring damaged | Replace the sealing ring |
| | Food debris attached to the sealing ring | Clean the sealing ring |
| | Lid not closed properly | Open then close the lid again |

22

# Troubleshooting

| Problem | | Possible reason | Solution |
|---|---|---|---|
| Float valve unable to rise | | Too little food or water in inner pot | Add water according to the recipe |
| | | Float valve obstructed by the lid locking pin | Close the lid completely, see "Getting Started" section |
| Steam comes out from the steam release valve non-stop | | Steam release valve not in sealing position | Turn the steam release handle to the sealing position |
| | | Pressure control fails | Contact support |
| Display flashes "Lid" | | Lid is not in the correct position for the selected program | Close the lid for pressure cooking or open the lid for sautéing |
| Display remains blank after connecting the power cord | | Bad power connection or no power | Inspect the power cord to ensure a good connection, check if the power outlet is active |
| | | Cooker's electrical fuse has blown | Contact support |
| All LCDs flash with a code appearing on screen and the warning beep is ON | C1 | Faulty temperature sensor | Contact support |
| | C2 | Faulty temperature sensor | Contact support |
| | C5 | Temperature is too high because inner pot is not placed into the cooker base | Insert the inner pot properly |
| | | Temperature is too high because there is no water in inner pot | Put food and water in the inner pot |
| | C6 | Faulty pressure sensor | Contact support |
| | C6H | Faulty HIGH pressure sensor | |
| | C6L | Faulty LOW pressure sensor | |
| Rice is half cooked or too hard | | Too little water | Adjust dry rice and water ratio according to recipe |
| | | Lid opened too early | After cooking cycle completes, leave the lid on for 5 more minutes |
| Rice is too soft | | Too much water | Adjust dry rice and water ratio according to recipe |

# Troubleshooting

| Problem | Possible reason | Solution |
|---------|-----------------|----------|
| The cooker beeps 5 times and displays 'burn' message after the cooking program started. | Indication of overheating. The cooker has reduced the heating temperature, and may not reach cooking pressure | Starch deposits at the bottom of the inner pot might have clogged heat dissipation. Stop the cooker and inspect the bottom of the inner pot |
| Occasional ticking or light cracking sound | The sound of power switching and expanding pressure board when changing temperature | This is normal |
| | Bottom of the inner pot is wet | Wipe bottom of the inner pot dry before cooking |
| Steam leaks from float valve for over 2 minutes | Food debris on the float valve silicone seal | Clean the float valve silicone seal |
| | Float valve silicone ring worn- out or missing | Replace the float valve silicone ring |
| Self-diagnosed Warning Displays | The word "Food burn" is displayed because food is burnt on inner pot | Remove food from cooker and deglaze inner pot, then reintroduce food |
| | The word "no pr" is displayed because there is not enough pressure | Add a minimum 1.5 cups (375 mL) of a thin liquid to the inner pot |
| | The word "PrSE" is displayed because of excess pressure. | If pressure has not fully released after 60 minutes contact the Customer Care Team. |

24

# Warranty

## Limited Warranty

This Limited Warranty is effective for one year from the date of original consumer purchase. Proof of original purchase date and, if requested by an authorized representative of Instant Brands Inc. ("Instant Brands"), return of your appliance, is required to obtain service under this Limited Warranty. Provided that this appliance is operated and maintained in accordance with written instructions attached to or furnished with the appliance, Instant Brands will, in its sole and exclusive discretion, either: (i) repair defects in materials or workmanship; or (ii) replace the appliance. In the event that your appliance is replaced, the Limited Warranty on the replacement appliance will expire 12 months from the date of original consumer purchase.

This Limited Warranty extends only to the original purchaser and use of the appliance in the United States of America and Canada. This warranty does not cover units that are used outside of the United States of America and Canada.

Any modification or attempted modification to your appliance may interfere with the safe operation of the appliance and will void this Limited Warranty. This Limited Warranty does not apply in respect of any appliance or any part thereof that has been altered or modified unless such alterations or modifications were expressly authorized by an Instant Brands representative.

## Limitation and Exclusions

The liability of Instant Brands, if any, for any allegedly defective appliance or part shall in no circumstances exceed the purchase price of a comparable replacement appliance.

### This Limited Warranty does not cover:

1. Damage resulting from accident, alteration, misuse, abuse, neglect, unreasonable use, use contrary to the operating instructions, normal wear and tear, commercial use, improper assembly, disassembly, failure to provide reasonable and necessary maintenance, fire, flood, acts of God or repair by anyone unless directed by an Instant Brands Representative;

2. Repairs where your appliance is used for other than normal, personal use or when it is used in a manner that is contrary to published user or operator instructions; or

3. Use of unauthorized parts and accessories, or repairs to parts and systems resulting from unauthorized repairs or modifications made to this appliance.

The cost of repair or replacement under these excluded circumstances shall be borne by you.
Disclaimer of Implied Warranties

# Warranty

EXCEPT AS EXPRESSLY PROVIDED HEREIN AND TO THE EXTENT PERMITTED BY LAW, INSTANT BRANDS MAKES NO WARRANTIES, CONDITIONS OR REPRESENTATIONS, EXPRESS OR IMPLIED, BY STATUTE, USAGE, CUSTOM OF TRADE OR OTHERWISE WITH RESPECT TO THE APPLIANCES OR PARTS COVERED BY THIS WARRANTY, INCLUDING BUT NOT LIMITED TO, WARRANTIES, CONDITIONS, OR REPRESENTATIONS OF WORKMANSHIP, MERCHANTABILITY, MERCHANTABLE QUALITY, FITNESS FOR A PARTICULAR PURPOSE OR DURABILITY.

Some states or provinces do not allow for the exclusion of implied warranties of merchantability or fitness, so this limitation may not apply to you. In these states and provinces, you have only the implied warranties that are expressly required to be provided in accordance with applicable law.]

## Limitation of Remedies; Exclusion of Incidental and Consequential Damage

YOUR SOLE AND EXCLUSIVE REMEDY UNDER THIS LIMITED WARRANTY SHALL BE APPLIANCE REPAIR OR REPLACEMENT AS PROVIDED HEREIN. INSTANT BRANDS SHALL NOT BE LIABLE FOR INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF THE APPLIANCE OR DAMAGES WITH RESPECT TO ANY ECONOMIC LOSS, PERSONAL INJURY, LOSS OF PROPERTY, LOSS OF REVENUES OR PROFITS, LOSS OF ENJOYMENT OR USE, COSTS OF REMOVAL, INSTALLATION OR OTHER INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY NATURE OR KIND.

## Warranty Registration

Please visit https://instantpot.com/support/register/ to register your new Instant Brands™ appliance and validate your warranty within thirty (30) days of purchase. You will be asked to provide the store name, date of purchase, model number (found on the back of your appliance) and serial number (found on the bottom of your appliance) along with your name and email address. The registration will enable us to keep you up to date with product developments, recipes and contact you in the unlikely event of a product safety notification. By registering, you acknowledge that you have read and understand the instructions for use, and warnings set forth in the accompanying instructions.

## Warranty Service

To obtain service under this warranty, please contact our Customer Service Department by phone at 1-800-828-7280 or by email to support@instantpot.com. You can also create a support ticket online at www.InstantPot.com/support. If we are unable to resolve the problem, you may be asked to send your appliance to the Service Department for quality inspection. Instant Brands is not responsible for shipping costs related to warranty service, save and except for shipping costs associated with the return of your appliance from Canada or within the 48 contiguous states and the District of Columbia of the United States of America, as provided herein. When returning your appliance, please include your name, mailing address, email address, phone number, and proof of the original purchase date as well as a description of the problem you are encountering with the appliance.

# Instant Pot®

### The Instant Pot® Products



| Lux | Duo | Max | Duo Plus | Ultra |
|-----|-----|-----|----------|-------|
| 3, 6, 8 Quart | 3, 6, 8 Quart | 6 Quart | 3, 6, 8 Quart | 3, 6, 8 Quart |

*Tools for a New Lifestyle*

*The NPD Group Inc., Retail Tracking Service, Cookers Category, Dollar Sales, USA & Canada, Latest 52 Wks ending Dec, 2017.

Instant Pot® Company
11 - 300 Earl Grey Dr. Suite 383
Ottawa, Ontario
K2T 1C1
Canada

Telephone: +1-800-828-7280 ext 2
Fax: +1-613-800-0726
Web: www.InstantPot.com
US and Canada E-mail: support@instantpot.com

To enhance your experience with Instant Pot, join the official Instant Pot Community

 @instantpot

 @Theinstantpot

 @instantpotofficial

 @instantpot

 @instantpot

Instant Pot® Free Recipe App & More







Copyright© Instant Pot® Company

Instant Pot®

610-0102-01