UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-01732-SVW-PLA | Date | October 11, 2022 |
|---|---|---|---|
| Title | Ruth Scudieri v. Instant Brands, Inc. | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:** IN CHAMBERS ORDER MOVING CASE TO INACTIVE CALENDAR PENDING SETTLEMENT

    The Court, having received the Notice of Resolution and Stipulation and Order to Vacate All Deadlines, filed October 3, 2022, vacates all previously set dates.

    The Court moves the matter to the inactive calendar pending finalization of settlement.  The Court grants the parties thirty days, from the date of this order, to file a stipulation of dismissal.  Should the settlement not be finalized within the designated time, the parties shall notify the Court, in writing, and request that the matter be restored to the active calendar.

| | : |
|---|---|
| Initials of Preparer | PMC |